# Court of Appeals
# of the State of Georgia

ATLANTA,  February 03, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0683.  TIMOTHY D. MADDOX v. BANK OF AMERICA N.A.**

This suit on an account originated in magistrate court. After judgment was entered in favor of the plaintiff, defendant Timothy Maddox appealed to state court. Bank of America moved for summary judgment in state court based, in part, on the failure of Maddox to timely respond to requests for admission. The trial court entered an "Order Reserving Judgment," in which it reserved judgment on Bank of America's motion for summary judgment and extended the time within which Maddox could respond to Bank of America's motion and file a proper motion to withdraw his admissions. Maddox inexplicably sought a direct appeal from this order. We, however, lack jurisdiction.

It is clear from the record that the order Maddox seeks to appeal is a non-final order which did not resolve all issues in the case. Such an appeal must comply with the interlocutory appeal requirements set forth in OCGA § 5-6-34 (b). See *Richardson v. General Motors Corporation*, 221 Ga. App. 583 (472 SE2d 143) (1996). Maddox's failure to comply with the interlocutory appeal requirements deprives this Court of jurisdiction to consider this appeal.  Accordingly, this appeal is ordered DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_____02/03/2016_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*